NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0849

Tami Jerrie Turnley

- - Versus - -

Joseph Chad Turnley

Family Court of East Baton Rouge
Case #: 209536
East Baton Rouge Parish

On Application for Rehearing filed on 05/11/2021 by Joseph Chad Turnley

Rehearing _Denied._ -

Vanessa Guidry Whipple

Jewel E. "Duke" Welch

Wayne Ray Chutz

Would Grant rehearing

Date _MAY 2 0 2021_

Rodd Naquin, Clerk